# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| BIANCA TIEPPO, NATALIE FARMER | § § | |
| vs. | § § | NO:   AU:22-CV-00970-ADA |
| SW MANAGEMENT GROUP, LLC | § § | |

## ORDER RESETTING INITIAL PRETRIAL CONFERENCE VIA ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for INITIAL PRETRIAL CONFERENCE VIA ZOOM by Public Zoom on July 14, 2023 at 10:30 AM .

IT IS SO ORDERED this 12th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE