# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| BIANCA TIEPPO, NATALIE FARMER | § | |
| | § | CIVIL NO: |
| vs. | § | AU:22-CV-00970-ADA |
| | § | |
| SW MANAGEMENT GROUP, LLC | § | |

## ORDER CANCELLING INITIAL PRETRIAL CONFERENCE VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **INITIAL PRETRIAL CONFERENCE VIA ZOOM** on **Friday, July 14, 2023 at 10:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 14th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE