IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**BIANCA TIEPPO and NATALIE**                                                    **PLAINTIFFS**
**FARMER, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                                          No. 1:22-cv-970-ADA

**SW MANAGEMENT GROUP, LLC**                                       **DEFENDANT**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Plaintiffs Bianca Tieppo and Natalie Farmer, each individually and on behalf of all others similarly situated, in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

D. Lewis Clark, Jr., Esq.
SQUIRE PATTON BOGGS (US) LLP
6200 Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 546-5850
Facsimile: (713) 546-5830
lew.clark@squirepb.com

Melissa Legault, Esq.
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: (602) 528 4044
Facsimile: (602) 253-8129
Melissa.legault@squirepb.com

*/s/ Colby Qualls*
**Colby Qualls**