IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BIANCA TIEPPO, NATALIE FARMER,<br>　　　　*Plaintiffs*,<br><br>v.<br><br>SW MANAGEMENT GROUP, LLC,<br>　　　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | A-22-CV-00970-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

**IT IS ORDERED** that the parties' Stipulation of Dismissal with Prejudice is granted. **IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated. **IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action with prejudice, with each party bearing their own attorneys' fees and costs.

SIGNED this 12th day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE